**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wendell Dwayne O'Neal,                                           Civil No. 05-2464 DSD/SRN

               Plaintiff,

v.

Y.P.O. Fang,
St. Paul Police Department,
Autumn X. Nelson,
City of St. Paul, MN, and
Manuel Cervetes,

               Defendants.

_____

Wendell Dwayne O'Neal,                                           Civil No. 06-2336 ADM/JSM

               Plaintiff,

v.

Sheri Moore,
Pete Crum,
Y. Fang,
Sgt. Graupmann, and
City of St. Paul,

               Defendants.

_____

Wendell Dwayne O'Neal,                                           Civil No. 07-2803 ADM/JSM

               Plaintiff,

v.

Nina C. Cook,
Radisson Hotel,
City of St. Paul,
Manuel Cervantes,
John J.Choi,
Yileng Vang,
Capital City Properties,
St. Paul Port Authority Prpty.,

Unknown Manager,
Unknown Security Person,
Shari Moore,
Crestline Hotel Mgmt. and
Carlson,

           Defendants.

---

Wendell Dwayne O'Neal,                                 Civil No. 07-3947 ADM/JSM

           Plaintiff,

v.

City of St. Paul,
Yileng Vang,
Ramsey County,
Susan Gaertner,
Ms. Patricia Leski,
Mr. Bob Fletcher,
Mr. Greg Slatter, and
Unknown Ramsey Dpty. Sheriff,

           Defendants.

---

Wendell Dwayne O'Neal,                                 Civil No. 07-4230 ADM/JSM

           Plaintiff,

v.

City of St. Paul,
Manuel Cervantes,
Teresa Skarda,
Andrea Miller,
George T. Stephenson,
John J. Choi,
Jessical McConnelly,
Ramsey County,
Mr. Gill,
Autumn X. Nelson, and
Unknown Student Attorney,

                    Defendants.
_____

Wendell Dwayne O'Neal,                              Civil No. 10-2517 JRT/JJK

                    Plaintiff,

v.

LDC Collect Systems,
Minnesota 2nd Judicial District
Court Administrator,
Unknown Ramsey 2nd Judicial
District Clerk,
Karen Mareck,
State of Minnesota,
SDC Collection Systems,
J.D.B. and
Ramsey District Court
Administrator,

                    Defendants.
_____

Wendell Dwayne O'Neal, pro se.
_____

        This matter is before the undersigned United States District Judge for consideration of

Plaintiff Wendell Dwayne O'Neal's ("O'Neal") "Leave to File Amended Rules 72.2 Objections

Motion" [Docket No. 347].[1]  United States Magistrate Judge Janie S. Mayeron's December 20,

2011 Order [Docket No. 346] denied O'Neal's motions to begin new litigation or re-open

terminated cases in this Court concerning an incident which occurred on August 15, 2005.

        Upon review of the files in this case, the Court finds that O'Neal's proposed "Amended

Rules 72.2 Objections" [Docket No. 348] are precluded on the basis of Heck v. Humphrey, 512

_____

        [1]All docket numbers referenced herein refer to filings in Civ. No. 06-2336.

U.S. 477 (1994), res judicata, and collateral estoppel from re-litigating the extensively litigated events of August 15, 2005.  Careful review of the pleadings confirm that O'Neal's Objections concern the same facts and legal theories and are without merit.  Accordingly, O'Neal's request for leave to file is denied.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that O'Neal's "Leave to File Amended Rules 72.2 Objections Motion" [Docket No. 347] is **DENIED**.

BY THE COURT:

_____s/Ann D. Montgomery_____
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  January 13, 2012.